United States District Court
Southern District of Texas

**ENTERED**

July 24, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARLON HUMBERTO SARMIENTO MORAN, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-05289 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Respondents. | § § § | |

### ORDER ON DISMISSAL

Petitioner Marlon Humberto Sarmiento Moran filed a petition for writ of *habeas corpus* on July 2, 2026. Dkt 1. The Government filed a motion for summary judgment in response. Dkt 7.

Pending is an advisory by the Government in which it notes that Petitioner was removed from the United States on July 22, 2026. See Dkt 9.

The challenged detention having now concluded, no live claims remain in this action.

The petition for writ of *habeas corpus* and motion for summary judgment are DENIED AS MOOT. Dkts 1 & 7.

This action is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 24, 2026, at Houston, Texas.


Honorable Charles Eskridge
United States District Judge